[No. 61935-7-I.   Division One.   June 8, 2009.]

REGINA HOLLAND-JOHNSON, *Appellant*, v. CONNIE J. PARNELL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-07242-1, Susan J. Craighead, J., entered June 20, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Cox and Lau, JJ.

[No. 61997-7-I.   Division One.   June 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE DYSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02477-2, Gregory P. Canova, J., entered July 14, 2008. *Remanded* by unpublished per curiam opinion.

[No. 62001-1-I.   Division One.   June 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER CARLOS TORRICO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04240-1, Michael J. Trickey, J., entered July 10, 2008. *Remanded* by unpublished per curiam opinion.

[No. 62018-5-I.   Division One.   June 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE E. RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00628-3, Larry E. McKeeman, J., entered July 11, 2008. *Remanded* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Cox, J.